```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.T., on behalf of herself
and her minor child, J.A.

                     Plaintiff,

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                     Defendants.

ORDER

24-CV-4238 (JLR)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

By **Wednesday, November 20, 2024**, the parties shall file a joint status letter updating the Court on the status of settlement. If no settlement is reached by December 31, 2024, Plaintiff shall file a motion for summary judgment on fees by **January 31, 2025**; opposition due 30 days thereafter; reply due 14 days thereafter.

    **SO ORDERED.**

Dated:   November 12, 2024
             New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge